Brhane Gebremicheal
3611 Spring Shower Dr.
Las Vegas NV, 89147
(702) 688-3822



In th united states District court for th District of Nevada.

Brhane Gebremicheal

vs

Yellow checker Star transportation Co.

2:14-cv-01447-LDG-VCF

09/05/2014

Brhane Gebremicheal
3611 Spring Shower Dr.
Las Vegas NV, 89147
(702) 688-3822

Complaint.

1. On or about June 29/2012 I went to apply for a position of a taxi cab driver. While there approached by the supervisor he informed me the taxi driver is difficult for me and I explain to him that job I can do it and I have no problem performing the job he was advised me that was not qualified for the position I applied. by observed my disability he changed his maind he explain he didn't have open & he didn't tell me any requirment for the position.

2. On or about July 17 2012 I returned to yellow cab to again followup on a job & again I was advised by the supervisor told me to leave the premises & that he would call security to escort me & to not return.

3. No reason has been given to me for the denial of hire

4. I believe I have been discriminated against due to my disabilityes w/c in violation of the Americans with Diabilities Act of 1991, as Amended.