# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRHANE GEBREMICHEAL,<br><br>    Plaintiff,<br><br>v.<br><br>YELLOW CHECKER STAR TRANSPORTATION COMPANY,<br><br>    Defendant. | Case No. 2:14-cv-01447-LDG (VCF)<br><br>**ORDER** |

For good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (#2);

THE COURT **ORDERS** that this matter is DISMISSED with prejudice.

DATED this _11_ day of December, 2015.

_____
Lloyd D. George
United States District Judge